Robert G. Bernhoft (Wis Bar No. 1032777)
THE BERNHOFT LAW FIRM, S.C.
1710 W. Sixth Street
Austin, Texas 78703
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com
Attorney for Defendant Marco Santarelli
Appearing *pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO GIOVANNI SANTARELLI,<br><br>Defendant. | Case No. 8:25-cr-00174-FWS<br><br>**DEFENDANT SANTARELLI'S SUPPORT LETTERS EXHIBIT LIST** |

Set out below is an index of Marco Santarelli's support letters, as exhibited to his sentencing memorandum:

1. Scott Abrams
2. Paul Antenucci
3. Anthony Busciglio
4. Michael Drew
5. John Fornaro
6. Romeo Fornaro
7. Keith Jarrett
8. Rick Ladendorf
9. Craig Robertson
10. Rob Sinclair
11. Brian Lo

12. Lina Castle
13. Ross McCague
14. Leo Brunnick
15. Carmen DeCiantis
16. Bryan Hall
17. Ron Manabat
18. Scott Pastel
19. Aaron Chapman
20. Ray Harake
21. Josh Luttrell
22. Frank Primiterra
23. Ed Runyon
24. Julia Santarelli
25. Jim Sheils
26. Jody Sigmund
27. William Thomas